**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CONSTANCE FARMER**                                                          **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO: 3:09-cv-552 HTW-LRA**

**SIMPSON COUNTY SCHOOL DISTRICT**                         **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court on the motion, *ore tenus*, of the parties for dismissal with prejudice of Plaintiff's Complaint. The Court, having considered the motion and finding that the Plaintiff has agreed to dismissal of her lawsuit, with prejudice, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the Plaintiff be, and they are hereby, dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 28th day of December, 2009.

> **s/ HENRY T. WINGATE**
> **CHIEF UNITED STATES DISTRICT JUDGE**

*/s/ Victoria J. Prince*
Louis H. Watson, Jr. (MSB # 9053)
Victoria J. Prince (MSB # 103090)
LOUIS H. WATSON, JR., P.A.,
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
628 North State Street
Jackson, Mississippi 39202
Tel: 601-968-0000
Fax: 601-968-0010
louis@louiswatson.com
nick@louiswatson.com

ATTORNEYS FOR PLAINTIFF

*/s/ Paula Graves Ardelean*
Paula Graves Ardelean (MSB# 4975)
Alison T. Vance (MSB # 101113)

Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-948-5711
Fax: 601-985-4500
paula.ardelean@butlersnow.com
alison.vance@butlersnow.com

ATTORNEYS FOR DEFENDANT